**Bossiz HARRIS, Appellant,**

v.

**JEFFERSON CITY CORRECTIONAL CENTER, Respondent.**

**No. WD 51549.**

Missouri Court of Appeals,
Western District.

Feb. 20, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 2, 1996.

---

John R. Swenson, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., R. Lucas Boling, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and BERREY and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM.

Appeal from adverse decision of the Labor and Industrial Relations Commission wherein appellant's claim for Worker's Compensation was denied.

Affirmed. Rule 84.16(b).